<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| James WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>Sean P. HEBBON, et al.,<br><br>      Defendants. | Civ. No. 09-2236 (AET)<br><br><br><br>OPINION & ORDER |

<u>THOMPSON, U.S.D.J.</u>

      This matter comes before the Court on Plaintiff's Letter [docket # 55] requesting an extension of time to respond to the pending motion to dismiss.  It appearing that Plaintiff is proceeding *pro se*, and it appearing that Plaintiff currently does not have a copy of the motion to dismiss, we will grant the extension request and ask that the Defendants provide Plaintiff with another copy of the pending motion to dismiss.

      Accordingly, IT IS on this 18th day of July, 2011,

      ORDERED that Plaintiff's Letter Request [docket # 55] is GRANTED; and it is

      ORDERED that Defendants provide Plaintiff with an additional copy of the Motion to Dismiss [docket # 52] within ten days; and it is

      ORDERED that Plaintiff must file any opposition within fifteen days of his receipt of the motion to dismiss.

                                                */s/ Anne E. Thompson*
                                                ANNE E. THOMPSON, U.S.D.J.